IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 12-431 |
| v. | : | |
| | : | CIVIL ACTION |
| CHRISTOPHER CEDRES | : | NO. 16-2420 |

## **ORDER**

AND NOW, this 21st day of February, 2024, upon consideration of Defendant Christopher Cedres' Motion to Vacate, Set Aside and Correct Sentence Under 28 U.S.C. § 2255 (Document No. 29), and the Government's Response in opposition, it is hereby ORDERED the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/   Juan R. Sánchez

_____
Juan R. Sánchez,          C.J.